Case 1:10-cr-00267-BLW   Document 71   Filed 09/19/11   Page 1 of 4

U.S. COURTS
SEP 19 2011
Rcvd____Filed____Time____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

9-2-11

Dear Judge Winmill,

I write you today with a heavy heart. You sentenced me on Jully 11, 2011 to 15 months in prison for overstating my income on a personal residence. I am writing you today to notify you of some severe tradgedy in my life since that day in hopes to persaude you to have compassion on me and possibly lighten this burdensome sentence. My husband of 7 years told me after sentencing - within a couple of hours, that he was leaving me. It came as shock & amazement and bitter grief. I do not take marriage lightly, I was married the temple and I have kept my ~~eternal~~ marriage covenant. We agreed prior to signing plea agreements that Paul, my husband could better provide with a misdameanor. It is not true that I was making the financial decisions. I was only the book keeper. Our attorneys convinced us that I would likely get a short sentence comparative to the other wives in related cases. The 15 months came as a shock to us all. Looking back I realize I was, and I appreciate that from the bottom of my heart. sentenced below the guidlines, however, I felt okay about the plea considering my losses were so much less than related cases. I didn't anticipate 15 mnths You said prior to sentencing that it looked like I had plenty of support. I likely could cope if my husband was there for me, but I can tell you, he is not. He has chosen to abandon me and with this current sentence, he could get a court order to take my precious children to another state and get full

custody. Being a mother is my highest joy in life and I take this role of motherhood more serious than anything. It breaks my heart that my baby might not know me when I get out. It also breaks my heart that my children will be raised in a broken home as the family unit is central to healthy children in every aspect especially emotionally spiritually. I have always nurtured my children in a way to cultivate their spirituality. Please lighten my sentence so that I can be there for my children during this difficult time in their lives. They are going to grow up and do great things, they are amazing, bright children, taught in the ways of the Lord.

It took me a few days to realize that ugly sin of greed is what got me where I am. I didn't see this sneaking into my life, but as I saw others around me, I became covetous and greedy. ~~that a humbling observation in myself.~~ I wasn't aware that my sins would lead to jail time, oblivious would be the right word because I would never risk my children losing their mother. Please know that I am sincere when I say I will not be a burden or threat to society even if I am put on house arrest just to gain custody + take care of my children.

Lastly, the women here are harsh ~~around~~ ~~be around~~ Most of them have foul mouths and it literally offends my spirit. Many here have coped by

creating immoral relationships & lives together here. I don't belong here, please know that I am having a very hard time coping, alone, w/o my children and especially w/o the affection and support of my husband. He is leaving me because he feels we are incompatible. I don't believe in divorce for these reasons. I have learned while here in prison that repentance and forgiveness are central to marriage. I prayed years ago to not criticize my husband and since then have gained an unconditional love and loyalty for him as though he is my own flesh & blood. This is another reason my heart is broken. You don't divorce your children when you don't get along at times, this is how I feel, you don't divorce your 'own'.

Please have mercy on me as I can satisfy the demands of the law on house arrest and by working hard at my community service. I have learned what I came here to learn, and I am humbled to the depths of humility. I feel I have felt the most pain that I can possibly bear, and I ask for relief from the courts, as I feel I can cope no more w/o my husband.

Sincerely,
Melody Redondo



Judge Winmill
Letter